# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC LAVELLE WILLIAMS, | ) | 1:09-cv-02102-SMS (PC) |
| Plaintiff, | ) ) | ORDER DENYING PLAINTIFF'S MOTION FOR SETTLEMENT |
| v. | ) ) | (Doc. 2) |
| UNKNOWN, et al., | ) ) | |
| Defendants. | ) ) | |

   Plaintiff, Eric Lavelle Williams ("Plaintiff") is a state prisoner who is currently proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's Complaint, which was lodged on November 23, 2009 in the Central District, was transferred to this Court on November 23, 2009.

   On December 3, 2009, Plaintiff filed a "Motion for Settlement, Pursuant to the Federal Rules of civil Procedure, and the Local rules of the District Court." (Doc. 2.) While it is true that the Federal Rules of Civil Procedure and the Local Rules of this Court provide means by which a case may settled, the Court cannot order that a case be settled; rather, settlements only occur upon the mutual consent of the parties in an action. By concurrent order, Plaintiff's Complaint has been dismissed with leave to amend for failure to state any cognizable claims. Thus, there not currently any pending claims against any of the named defendants upon which a settlement might be negotiated. If Plaintiff chooses to file a first amended complaint, and if he states cognizable claims against any defendant(s) that do not fall to motions to dismiss, and if

1  any defendant(s) agree, the case may be in a position to be scheduled for mediation and/or for
2  the parties to begin settlement negotiations.
3       Plaintiff motion for settlement, filed December 3, 2009 is premature and, accordingly is
4  hereby denied without prejudice.

6  IT IS SO ORDERED.

7  **Dated:   March 24, 2010**                    /s/ Sandra M. Snyder
                                                 UNITED STATES MAGISTRATE JUDGE